UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>      Petitioner,<br><br>  vs.<br><br>STEVEN SINCLAIR,<br><br>      Respondent. | NO.  CV-08-5089-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON |

    Magistrate Judge Imbrogno filed a Report and Recommendation on February 10, 2009, recommending Ritchey's habeas corpus petition be transferred to the Western District of Washington.  Objections were due February 26, 2009.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The court notes no determination has been made regarding Petitioner's application to proceed *in forma pauperis*.

    Therefore, **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington.

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, and forward a copy to Petitioner.  The District Court Executive is further directed to forward this file with a copy

ORDER ADOPTING REPORT AND RECOMMENDATION AND
TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON -- 1

of this Order to the Clerk of the United States District Court for the Western District of Washington and close the file in this district.

**DATED** this 16th day of MARCH 2009.

*S/ Robert H. Whaley*

Robert H. Whaley
Chief United States District Judge

Q:\CIVIL\2008\Ritchey.transfer.ord.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND
TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON -- 2